# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1820

_____

| | | |
|---|---|---|
| Nery Horlando Catala Cardona, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review of an |
| v. | * | Order of the |
| | * | Board of Immigration Appeals. |
| Eric H. Holder, Jr., Attorney General | * | |
| of the United States, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

_____

Submitted: February 3, 2012
Filed: February 8, 2012

_____

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Nery Horlando Catala Cardona petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judges's denial of his application for cancellation of removal under 8 U.S.C. § 1229b(b).[1] We lack jurisdiction to review the discretionary determination that Cardona failed to show his removal would result in exceptional and extremely unusual hardship to his children who are United States citizens. See Zacarias-Velasquez v. Mukasey, 509

_____

[1]Cardona also requested asylum, withholding of removal, and relief under the Convention Against Torture, but no longer pursues those requests.

F.3d 429, 434 (8th Cir. 2007) (under 8 U.S.C. § 1252(a)(2)(B)(i), this court lacks jurisdiction to review denial of cancellation of removal for failure to prove exceptional and extremely unusual hardship to American-citizen child); see also Guled v. Mukasey, 515 F.3d 872, 879-80 (8th Cir. 2008) (petitioner's argument--that immigration judge improperly weighed factors in denying cancellation of removal--did not present reviewable question of law because what petitioner was really challenging was "the discretionary conclusion of not meriting a favorable exercise of discretion").

Accordingly, we dismiss the petition.

_____